### AGREEMENT BETWEEN BANDAS LAW FIRM, P.C. AND MOULTON & MEYER

Re:  Case No.: 05-CV-4081; Right of Way Maintenance Company d/b/a ROWMEC v. Gyro-Trac, Inc. and Gyro-Trac (USA), Inc.

The BANDAS LAW FIRM, P.C. and RIGHT OF WAY MAINTENANCE COMPANY d/b/a ROWMEC (CLIENT) have agreed to engage the law firm of Moulton & Meyer to assist in the preparation for and trial of the above referenced matter.

Moulton & Meyer will appear at such hearing(s) and during trial as requested by the CLIENT and the Bandas Law Firm, P.C. In exchange for this assistance, CLIENT and the Bandas Law Firm will pay the law firm of Moulton & Meyer 15% of any attorney's fees recovered in this matter. This will not change the total attorney's fee to be paid by the CLIENT pursuant to the original contract between CLIENT and the Bandas Law Firm, P.C.

Moulton & Meyer will be reimbursed reasonable and necessary expenses incurred during the representations, regardless of success.

This agreement and consent shall become part of the attorney's fee agreement and contract attached hereto.

_____        5-2-07
BANDAS LAW FIRM, P.C.            Date

_____        5-3-07
CLIENT                           Date

_____        5-7-07
MOULTON & MEYER                  Date