B 250A (Rev. 8/96)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY<br>**Debtor** | Bankruptcy Case No. 09-35037 |
| | RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY<br>**Plaintiffs**<br>v.<br>CAMBRIDGE MANAGEMENT GROUP, LLC, ET AL<br>**Defendants** | Adversary Proceeding No. 09-03303 |

TO:  MOULTON & MEYER, LLP
c/o Jeffrey D. Meyer
800 Taft Street
Houston, Texas 77019

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk

David J. Bradley, Clerk
P.O. Box 61010
Houston, Texas 77208

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Leonard H. Simon, Esq.
Pendergraft & Simon L.L.P.
The Riviana Building
2777 Allen Parkway, Suite 800
Houston, Texas 77019

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

AUG 0 6 2009
Date

David J. Bradley
Clerk of the Bankruptcy Court

/s/ Deputy Clerk

## CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the
     (name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.   I further certify that the service of this summons and a copy of the complaint was made _____ by:
     (date)

☐   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:




☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:




☐   Residence Service: By leaving the process with the following adult at:




☐   Publication: The defendant was served as follows: [Describe briefly]




☐   State Law: The defendant was served pursuant to the laws of the State of _____,
    as follows: [Describe briefly]                                                                                                  (name of state)




Under penalty of perjury, I declare that the foregoing is true and correct.



            *Date*                                                                                  *Signature*


            Print Name

Business Address

| City | State | Zip |