UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIGHT OF WAY MAINTENANCE COMPANY | § § | BANKRUPTCY NO. 09-35037 (Chapter 11) |
| | § | |
| *Debtor.* | § | |
| | § | |
| RIGHT OF WAY MAINTENANCE COMPANY | § § § | |
| *Plaintiff,* | § § | ADVERSARY NO. 09-03303 |
| v. | § | |
| CAMBRIDGE MANAGEMENT GROUP, LLC, *et al.,* | § § § | |
| *Defendants.* | § § | |

### AFFIDAVIT OF JARED G. LEBLANC

STATE OF TEXAS           §
                         §
COUNTY OF HARRIS         §

Before me, the undersigned authority, personally appeared Jared G. LeBlanc who after being duly sworn did depose and state:

1) My name is Jared G. LeBlanc. I am of the full age of majority and competent to give this oath. I have personal knowledge of every statement made in this affidavit. The matters stated herein are true and correct.

2) I am licensed to practice law in Texas and have been licensed since 2004. I am also licensed to practice before the United States Southern and Eastern Districts of Texas, the United States Bankruptcy Courts for the Southern, Eastern and Western Districts of Texas, the United States Court of Appeals

Exhibit R

for the Fifth Circuit, and the United States Supreme Court. I am currently an associate at the law firm of Buck, Keenan, Gage, Little & Lindley, L.L.P.

3) I am an attorney of record for Defendants, Gyro-Trac, Inc. and Gyro-Trac (USA), Inc. ("Gyro-Trac"), in the above styled case.

4) In my capacity as Gyro-Trac's counsel in this case, as trial counsel in No. 05-4081; *Right of Way Maintenance Company d/b/a Rowmec v. Gyro-Trac, Inc. and Gyro-Trac (U.S.A.), Inc.*; In the United States District Court for the Southern District of Texas, Houston Division ("Underlying District Court Case"), and as appellate counsel in No. 07-20528; *Right of Way Maintenance Company, doing business as Rowmec, Plaintiff - Appellee v. Gyro-Trac, Inc.; Gyro-Trac (USA), Inc., Defendants - Appellants*; In the United States Court of Appeals for the Fifth Circuit ("Underlying Appellate Case"), I am personally familiar with the trial exhibits and the Certified Record on Appeal.

5) I have reviewed the documents attached as exhibits to Gyro-Trac, Inc. and Gyro-Trac (USA), Inc.'s Motion for Summary Judgment. Exhibits A, C & F–Q are true and correct copies of pages from the original Certified Record on Appeal in the Underlying Appellate Case. Furthermore, Exhibits B, D & E are true and correct copies of exhibits that were offered as evidence in the trail of the Underlying District Court Case and were admitted into evidence by United States District Judge Gray H. Miller.

6) I swear under the penalty of perjury that the statements contained in this affidavit are true and correct.

END OF AFFIDAVIT.

Jared G. LeBlanc

This instrument was acknowledged before me on this 28th day of August, 2009.

RHONDA BELLARD
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MARCH 24, 2012

Notary Public in and for the State of Texas