IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 11 |
| RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY, | § § § | CASE NO. 09-35037 |
| DEBTOR. | § § § | |
| RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY, | § § § § | |
| PLAINTIFF, | § § § | |
| VS. | § § | ADVERSARY NO. 09-03303 |
| CAMBRIDGE MANAGEMENT GROUP, LLC, BANDAS LAW FIRM, P.C., CHRISTOPHER A. BANDAS, ROBERT C. CURFISS, JACKSON WALKER, L.L.P., MOULTON & MEYER, L.L.P., JEFFREY D. MEYER, PATRICIA A. SHACKELFORD, P.C., AND PATRICIA A. SHACKELFORD, GYRO-TRAC, INC. AND GYRO-TRAC (USA), INC., | § § § § § § § § § § § | |
| DEFENDANTS. | § | |

## MOTION TO ABATE PENDING ARBITRATION

Cambridge Management Group, LLC ("Cambridge"), files this Motion to Abate Pending Arbitration.

I.

1. Debtor/Plaintiff Right of Way Maintenance Equipment Company d/b/a ROWMEC ("ROWMEC") has asserted claims against Cambridge for fraudulent transfer. The transfer at issue, that is the payment of amounts due and owing to Cambridge, were made pursuant to a written agreement, titled an Agreement Assigning Interest in Settlement, Security

HOUSTON 1047459v.1

Agreement with Limited Irrevocable Power of Attorney, with Cambridge (the "Agreement") entered by ROWMEC and Cambridge on or about September 28, 2007. Pursuant to the Agreement, Cambridge was to fund money to ROWMEC in exchange for potential future payment. A copy of the Agreement is attached hereto as Exhibit "A".

2. The Agreement requires that all disputes concerning the terms, conditions, interpretation or enforcement of the Agreement be resolved through binding arbitration to take place in New Jersey. In pertinent part, the Agreement sets forth:

> 18. <u>Governing Law, Personal Jurisdiction, Venue and Indemnification.</u>
>
> a. ROWMEC acknowledges and agrees that at CMG's election, any and all disputes that arise concerning the terms, conditions, interpretation or enforcement of this Agreement shall be determined through arbitration pursuant to the Rules and methods outlined by the American Arbitration Association in New Jersey, or in a Court of competent jurisdiction, also at the election of CMG.
>
> . . .
>
> b. ROWMEC waives any objection to personal jurisdiction or venue, and agrees to submit to the person jurisdiction of any arbitration panel, or state or federal courts located within a 80 mile radius of Hackensack, Bergen County, New Jersey.
>
> c. Except with the written consent of CMG, the State of New Jersey shall be the exclusive forum for all proceedings in a court relating to this within agreement, and/or any other agreements or instruments executed in connection therewith, except that in the event CMG elects Arbitration.

3. In this case, ROWMEC and Cambridge agreed to arbitrate this dispute. As such, the Court should abate this case pending binding arbitration.

II.

4. For these reasons, Defendant Cambridge Management Group, LLC asks this Court abate this Adversary pending the parties' arbitration of their dispute, as required by the Agreement, and to grant it all other relief the Court deems appropriate.

Respectfully submitted,

/s/ David S. Elder
David S. Elder
State Bar No. 06507700
Alexander C. Chae
State Bar No. 04056090
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5011
713-276-5500 (*main dial*)
713-276-5555 (*main fax*)
delder@gardere.com (*email*)
achae@gardere.com (*email*)

*ATTORNEYS-IN-CHARGE FOR CAMBRIDGE MANAGEMENT GROUP, LLC*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served on this 4th day of September, 2009, by ECF or email on all other parties who have made an appearance in this adversary, as follows:

Leonard H. Simon
Pendergraft & Simon L.L.P.
2777 Allen Parkway, Suite 800
Houston, TX 77019

Jared G. LeBlanc
Buck Keenan Gage Little & Lindley LLP
700 Louisiana
Suite 5100
Houston, TX 77002

Robert C. Curfiss
19826 Sundance Drive
Humble, TX 77346

Hugh M. Ray, III
Weycer, Kaplan, Pulaski & Zuber, P.C.
1400 Summit Tower
11 Greenway Plaza
Houston, TX 77046

/s/ Alexander C. Chae
Alexander C. Chae