IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY, | § § § § § § | Case No. 09-35037<br><br>Chapter 11 |
| Debtor. | | |

___

| | | |
|---|---|---|
| RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| CAMBRIDGE MANAGEMENT GROUP, LLC, BANDAS LAW FIRM, P.C., CHRISTOPHER A. BANDAS, ROBERT C. CURFISS, JACKSON WALKER, L.L.P., MOULTON & MEYER, L.L.P., PATRICIA A. SHACKELFORD, P.C. AND PATRICIA A. SHACKELFORD, GYRO-TRAC, INC. AND GYRO-TRAC (USA), INC., | § § § § § § § § § § § § § | ADVERSARY NO. 09-03303 |
| Defendants. | § | |

**DEFENDANTS' BANDAS LAW FIRM, P.C., CHRISTOPHER A. BANDAS, JEFFREY D. MEYER, AND MOULTON & MEYER, LLP'S JURY DEMAND**

TO THE HONORABLE KAREN K. BROWN, UNITED STATES BANKRUPTCY JUDGE:

Defendants Bandas Law Firm, P.C., Christopher A. Bandas, Jeffrey D. Meyer, and Moulton & Meyer, LLP ("Defendants") hereby demand a jury trial in accordance with the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

1

        Respectfully submitted,

        **HAYS, McCONN, RICE & PICKERING**

        By:  /s/ Michael M. Gallagher w/permission
            Michael S. Hays
            State Bar No. 09304500
            1233 West Loop South, Suite 1000
            Houston, Texas 77027
            Telephone: (713) 654-1111
            Facsimile: (713) 650-0027
            Email: mhays@haysmcconn.com

        **ATTORNEY-IN-CHARGE FOR DEFENDANTS BANDAS LAW FIRM, P.C., CHRISTOPHER A. BANDAS, JEFFREY D. MEYER, AND MOULTON & MEYER, LLP**

**OF COUNSEL:**

**HAYS, McCONN, RICE & PICKERING**
Michael M. Gallagher
State Bar No. 24040941
Southern District of Texas No. 560357
1233 West Loop South, Suite 1000
Houston, Texas 77027
Telephone: (713) 654-1111
Facsimile: (713) 650-0027
Email: mgallagher@haysmcconn.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument has been duly sent via CM/ECF on this the fourth day of September, 2009 to all counsel of record.

            /s/ Michael M. Gallagher
            Michael M. Gallagher