IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY, | § § § § | Case No. 09-35037 |
| Debtor | § | Chapter 11 |
| RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Adversary No. 09-03303 |
| CAMBRIDGE MANAGEMENT GROUP, LLC, *et al.* | § § § § | |
| Defendants. | § | |

**AGREED MOTION TO DISMISS ADVERSARY PROCEEDING AGAINST JACKSON WALKER L.L.P. WITHOUT PREJUDICE**

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 20 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

**TO THE HONORABLE BANKRUPTCY JUDGE KAREN K. BROWN:**

COME NOW Right of Way Maintenance Equipment Company ("ROWMEC") and Jackson Walker L.L.P. ("Jackson Walker") (together ROWMEC and Jackson Walker are the "Parties"), and file this their Agreed Motion to Dismiss Adversary Proceeding Against Jackson Walker L.L.P. Without Prejudice ("Joint Motion") and in support hereof would respectfully show the Court as follows:

1.     On August 5, 2009, ROWMEC filed ROWMEC's Complaint against Jackson Walker and other defendants, alleging that JW was liable to ROWMEC for damages as a result of professional negligence, initiating adversary proceeding no. 09-03303, which is currently pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division ("Adversary Proceeding").

2.     On August 6, 2009, a Summons in Adversary Proceeding was issued against Jackson Walker, pursuant to which Jackson Walker's deadline to answer or otherwise respond to ROWMEC'S Complaint is September 8, 2009.

3.     Jackson Walker has not filed an answer or otherwise responded to ROWMEC's Complaint.

4.     The Parties have determined that it is in their best interests to dismiss the adversary proceeding as to Jackson Walker, without prejudice to refiling.

5.     Nothing contained herein shall be deemed to affect any causes of action asserted in the Adversary Proceeding against any other named defendants.

WHEREFORE, ROWMEC and Jackson Walker respectfully request that this Court dismiss this adversary proceeding as to Jackson Walker without prejudice and

grant the Parties such other and further relief, both at law and in equity, which is just and proper.

Dated: this 8th day of September, 2009.

    Respectfully submitted,

By: */s/ Leonard H. Simon w/ permission by Heather M. Forrest*
    Leonard H. Simon
    State Bar No. 18387400
    Pendergraft & Simon L.L.P.
    The Riviana Building
    2777 Allen Parkway
    Ste 800
    Houston, TX 77019
    Telephone:  (713) 737-8207
    Facsimile: (832) 202-2810

**ATTORNEYS FOR RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY**

By: */s/ Heather M. Forrest*
    Bruce J. Ruzinsky
    State Bar No.  17469425
    Heather M. Forrest
    State Bar No. 24040918
    Jackson Walker L.L.P.
    1401 McKinney, Suite 1900
    Houston, Texas 77010
    Telephone:  (713) 752-4204
    Facsimile:  (713) 308-4155

**ATTORNEYS FOR JACKSON WALKER L.L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2009, a true and correct copy of the Joint Motion to Dismiss Adversary Proceeding Against Jackson Walker L.L.P. Without Prejudice was served electronically or via United States First Class Mail, Postage Prepaid upon the following parties:

David S. Elder
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5011

Jared Gregory LeBlanc
Buck Keenan Gage et al
700 Louisiana, Suite 5100
Houston, Texas 77002

Robert C. Curfiss
19826 Sundance Drive
Humble, Texas 77346-1402

Michael M. Gallagher
Hays McConn Rice & Pickering
1233 West Loop South, Suite 1000
Houston, Texas 77027

Patricia A. Shackelford
Patricia A. Shackelford, P.C.
802 N. Carancahua, Suite 2300
Corpus Christi, Texas 78470

*Heather M. Forrest*
Heather M. Forrest