IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIGHT OF WAY MAINTENANCE | § | Case No. 09-35037 |
| EQUIPMENT COMPANY, | § | |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |
| RIGHT OF WAY MAINTENANCE | § | |
| EQUIPMENT COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 09-03303 |
| | § | |
| CAMBRIDGE MANAGEMENT GROUP, | § | |
| LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**AGREED ORDER TO DISMISS ADVERSARY PROCEEDING  AGAINST JACKSON WALKER L.L.P. WITHOUT  PREJUDICE**

CAME ON FOR CONSIDERATION the Joint Motion to Dismiss Adversary Proceeding Against Jackson Walker L.L.P. Without Prejudice (the "Joint Motion"), and the Court having determined that good cause exists to approve the Joint Motion, accordingly it is therefore

ORDERED that the Joint Motion is approved, and this adversary proceeding against Jackson Walker L.L.P. is dismissed without prejudice.

**SIGNED** this _____ day of _____, 2009.

_____
KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE

1

**AGREED AND ENTRY REQUESTED**

By: */s/ Leonard H. Simon w/ permission by Heather M. Forrest*
    Leonard H. Simon
    Pendergraft & Simon L.L.P.
    The Riviana Building
    2777 Allen Parkway
    Ste 800
    Houston, TX 77019
    713-737-8207
    Fax : 832-202-2810
**ATTORNEYS FOR RIGHT OF WAY
MAINTENANCE EQUIPMENT COMPANY**


By: */s/ Heather M. Forrest*
    Bruce J. Ruzinsky
    Heather M. Forrest
    Jackson Walker L.L.P.
    1401 McKinney, Suite 1900
    Houston, Texas  77010
    Houston, Texas 77010
    Telephone:  (713) 752-4204
    Facsimile:  (713) 308-4155

**ATTORNEYS FOR JACKSON WALKER L.L.P.**