

**FILED**
Loren Jackson
District Clerk
FEB 0 2 2009
Harris County, Texas

Time:
By:

Deputy

P. 60

MODIX
DFREX

CAUSE NO. 2009-01433

| | | |
|---|---|---|
| BANDAS LAW FIRM, P.C., AND | § | IN THE DISTRICT COURT |
| MOULTON & MEYER, L.L.P. | § | |
| | § | |
| VS. | § | 113th JUDICIAL DISTRICT |
| | § | |
| RIGHT OF WAY MAINTENANCE | § | |
| EQUIPMENT COMPANY D/B/A | § | |
| ROWMEC | § | HARRIS COUNTY, TEXAS |

### SUPPLEMENTAL ORDER

On the twenty-third day of January, 2009 came on to be heard Plaintiffs' Bandas Law

Firm, P.C. and Moulton & Meyer, L.L.P.'s ("Plaintiffs") Application for Temporary Injunction.

The Court, having acknowledged that proper notice of this hearing was given to counsel for

Defendant Right of Way Maintenance Equipment Company d/b/a Rowmec ("Rowmec"), having

heard the arguments of counsel, and having considered the exhibits, evidence, and testimony

offered at the hearing, found that Plaintiffs met all requirements for the issuance of a temporary

injunction and therefore the Court entered a separate order granting Plaintiffs' application for

temporary injunction, which all parties have received and which is attached hereto. The Court is

also in possession of the original letter of credit and original amendment thereto are in the

possession of the Court ("the Original Letter of Credit"):

> Standby Letter of Credit
> Issued by the Bank of Montreal, Toronto, Canada
> Letter of Credit No. BMT 02040710S
> Whitney Bank's reference No. AS53674

The Court further ORDERS as follows:

1.     The Original Letter of Credit will be withdrawn from the Court, handed over to

Chris Bandas of The Bandas Law Firm, P.C., and shall be presented to Whitney Bank and to the

Bank of Montreal by Chris Bandas of The Bandas Law Firm, P.C.;

05905.1 / 1153047.1

Certified Document Number: 40876625 - Page 1 of 60

2.      Rowmec, Cambridge Management Group, LLC, and Plaintiffs have conferred on the form of documents to be executed and presented to Whitney Bank and those documents shall be executed by John O'Hagan in the Courtroom of the 113th Judicial District Court of Harris County, Texas on behalf of Rowmec, pursuant to the attached Rule 11 Agreement, to ensure Whitney Bank honors the Original Letter of Credit;

3.      Chris Bandas of The Bandas Law Firm, P.C. will receive the proceeds from the Original Letter of Credit or deposit such proceeds into the IOLTA account held by The Bandas Law Firm, P.C. Chris Bandas of The Bandas Law Firm, P.C. will then immediately deliver to Cambridge Management Group LLC the portion of the Recovery due it under the Assignment and Security Agreement, pursuant to the instructions of Cambridge Management Group LLC and the terms of the Assignment and Security Agreement.

4.      Any and all remaining proceeds from the Original Letter of Credit that are received by The Bandas Law Firm, P.C. and after payment to Cambridge Management Group LLC shall be deposited into and shall remain in the registry of the 113th Judicial District Court of Harris County, Texas until further orders of this Court are issued.

It is so ORDERED.

Signed on this the 2nd day of February , 2009.

_Patricia Hancock_
JUDGE PRESIDING

2

05905.1 / 1153047.1

**APPROVED AND ENTRY REQUESTED:**

**HAYS, McCONN, RICE & PICKERING**

By: _____
    Michael S. Hays
    State Bar No. 09304500
    Michael M. Gallagher
    State Bar No. 24040941
    1233 West Loop South, Suite 1000
    Houston, Texas 77027
    Telephone: (713) 654-1111
    Facsimile: (713) 650-0027
    **ATTORNEYS FOR PLAINTIFFS**
    **BANDAS LAW FIRM, P.C. AND**
    **MOULTON & MEYER, L.L.P.**


**APPROVED AND ENTRY REQUESTED:**

**FIRTH JOHNSTON MARTINEZ**

By: _____
    Christopher R. Johnston
    State Bar No. 10834200
    415 North Mesa, Suite 300
    El Paso, Texas 79901
    Telephone: (915) 532-7500
    Facsimile: (915) 532-7503
    **ATTORNEYS FOR DEFENDANT**
    **RIGHT OF WAY EQUIPMENT MAINTENANCE**
    **COMPANY D/B/A ROWMEC**


**APPROVED AND ENTRY REQUESTED:**

**LOWE & ASSOCIATES**

By: _____ (by permission)
    Robert J. Lowe, Jr.
    Wachovia Center
    177 Meeting Street, Suite 400
    Charleston, South Carolina, 29401
    **ATTORNEYS FOR DEFENDANT**
    **RIGHT OF WAY EQUIPMENT MAINTENANCE**
    **COMPANY D/B/A ROWMEC**

3

05905.1 / 1153047.1

Certified Document Number: 40876625 - Page 3 of 60

**APPROVED AND ENTRY REQUESTED:**

**CRUSE, SCOTT, HENDERSON  ALLEN, L.L.P.**

By:    *[signature]*
       David J. McTaggart
       2777 Allen Parkway, 7th Floor
       Houston, Texas 77019
       **ATTORNEY FOR DEFENDANT**
       **SHACKELFORD LAW FIRM**
       *by permission*


**APPROVED AND ENTRY REQUESTED:**

**GARDERE WYNNE SEWELL LLP**

By:    *[signature]*
       Alexander C. Chae
       State Bar No.04056090
       1000 Louisiana, Suite 3400
       Houston, Texas 77002-5007
       **ATTORNEY FOR DEFENDANT**
       **CAMBRIDGE MANAGEMENT GROUP, LLC**

05905.1 / 1153047.1
HOUSTON 1019744v.2

Certified Document Number: 40876625 - Page 4 of  60

CAUSE NO. 2009-01433

| | | |
|---|---|---|
| BANDAS LAW FIRM, P.C., AND | § | IN THE DISTRICT COURT |
| MOULTON & MEYER, L.L.P. | § | |
| | § | |
| VS. | § | 113th JUDICIAL DISTRICT |
| | § | |
| RIGHT OF WAY MAINTENANCE | § | |
| EQUIPMENT COMPANY D/B/A | § | |
| ROWMEC | § | HARRIS COUNTY, TEXAS |

## ORDER ON PLAINTIFFS' APPLICATION FOR TEMPORARY INJUNCTION

On the____day of January, 2009 came on to be heard Plaintiffs' Bandas Law Firm, P.C.

and Moulton & Meyer, L.L.P.'s ("Plaintiffs") Petition for Temporary Injunction. The Court,

having acknowledged that proper notice of this hearing was given to counsel for Defendant Right

of Way Maintenance Equipment Company d/b/a Rowmec ("Rowmec"), having heard the

arguments of counsel, and having considered the exhibits, evidence, and testimony offered at the

hearing, finds as follows:

It clearly appears from these papers that Plaintiffs are entitled to a temporary injunction

against Rowmec; that Plaintiffs will sustain irreparable harm for which they have no adequate

remedy at law, and which is imminent, unless Rowmec, its agents, employees, and attorneys, or

anyone acting in concert with or at the direction of Rowmec, is immediately enjoined from:

a. Seeking any form of legal or equitable relief in Cause No. 09-01-00244; *Right*

*of Way Maintenance Company, d/b/a Rowmec v. Bandas Law Firm, P.C., et al.*;

in the 9th Judicial District Court of Montgomery County, Texas ("the

Montgomery County lawsuit");

b. Filing or sending or transmitting any notices, letters, motions, pleadings, or

documents in connection with the Montgomery County lawsuit, other than to

05905.1 / 1152685.1

expressly inform the judge of that Court that Rowmec is enjoined from any further action;

c. Taking any steps to take control of the standby letter of credit issued by the Bank of Montreal;

d. Taking any steps to collect funds through the standby letter of credit issued by the Bank of Montreal or by any other alternative means attempt to collect funds from Gyro-Trac and/or Bank of Montreal.

The Court further explicitly finds that in the absence of a temporary injunction, Plaintiffs would suffer an irreparable injury because Rowmec and its counsel would unduly and improperly interfere with the collection and presentment of the letter of credit to satisfy the judgment regarding the lawsuit styled *Right of Way Maintenance Equipment Company d/b/a Rowmec v. Gyro-Trac, Inc. and Gyro-Trac (USA), Inc.*, Civil Action No. 4:05-cv-4081; In the United States District Court for the Southern District of Texas, Houston Division ("the underlying lawsuit"). The Court further finds that in the absence of a temporary injunction, Plaintiffs would suffer an irreparable injury because Plaintiffs' property and contractual interest in the recovery of funds in the underlying lawsuit would be threatened by Rowmec's interference with the collection and presentment of the letter of credit to satisfy the judgment regarding the underlying lawsuit. The Court further finds that Plaintiffs have no adequate remedy at law because Rowmec initiated the Montgomery County lawsuit. The court further finds that Plaintiffs have no adequate remedy at law because Rowmec requested injunctive and monetary relief in the Montgomery County lawsuit, which, if granted, would place Plaintiffs in the position of having to comply with conflicting, contradictory orders from two separate Courts and would have resulted in Rowmec acquiring possession of the original letter of credit.

2

Certified Document Number: 40876625 - Page 6 of 60

The Court finds that because it has possession of the original letter of credit, it has dominant jurisdiction over the property and property interests at issue in this lawsuit and that no other Court may exercise jurisdiction.  The Court further finds that this lawsuit was filed before the Montgomery County lawsuit and that Rowmec filed the Montgomery County lawsuit after having actual knowledge of the existence of this lawsuit.

Based on the foregoing findings, exhibits, and evidence before the Court, which are incorporated by reference, the Court finds that Plaintiffs have met their evidentiary burden under the Texas Rules of Civil Procedure and have met all requirements for the issuance of a temporary injunction.  The Court finds that Plaintiffs have presented evidence to support a probable right of recovery and a probably injury.  The Court further finds that Plaintiffs have shown that in the absence of a temporary injunction, they will suffer an irreparable injury for which there is no adequate remedy at law.  Therefore, it is hereby;

ORDERED that Rowmec, its agents, employees, and attorneys, or anyone acting in concert with or at the direction of Rowmec, is immediately enjoined from:

a.  Seeking any form of legal or equitable relief in the Montgomery County lawsuit;

b.  Filing or sending or transmitting any notices, letters, motions, pleadings, or documents in connection with the Montgomery County lawsuit, other than to expressly inform the judge of that Court that Rowmec is enjoined from any further action;

c.  Taking any steps to take control of the standby letter of credit issued by the Bank of Montreal;

3

05905.1 / 1152685.1

Certified Document Number: 40876625 - Page 7 of 60

d. Taking any steps to collect funds through the standby letter of credit issued by

the Bank of Montreal or by any other alternative means attempt to collect funds

from Gyro-Trac and/or Bank of Montreal.

The Court finds that the bond for this temporary injunction should be set at $1,000.00.

Because Plaintiffs have previously executed and filed with the Clerk a bond in that amount, they

have met this requirement.

The   Court   hereby   ORDERS   that   the   trial   of   this   lawsuit   will   occur

on _____*April 27*_____, 2009, at _____.

It is so ORDERED.

Signed on this the 23rd day of January, 2009.

_____
JUDGE PRESIDING

**APPROVED AND ENTRY REQUESTED:**

**HAYS, McCONN, RICE & PICKERING**

By: _____
        Michael S. Hays
        State Bar No. 09304500
        Michael M. Gallagher
        State Bar No. 24040941
        1233 West Loop South, Suite 1000
        Houston, Texas 77027
        Telephone: (713) 654-1111
        Facsimile: (713) 650-0027

**ATTORNEYS FOR PLAINTIFFS**
**BANDAS LAW FIRM, P.C. AND**
**MOULTON & MEYER, L.L.P.**

4

05905.1 / 1152685.1

CAUSE NO. 2009-01433

| | | |
|---|---|---|
| BANDAS LAW FIRM, P.C., AND | § | IN THE DISTRICT COURT |
| MOULTON & MEYER, L.L.P. | § | |
| | § | |
| VS. | § | 113th JUDICIAL DISTRICT |
| | § | |
| RIGHT OF WAY MAINTENANCE | § | |
| EQUIPMENT COMPANY D/B/A | § | |
| ROWMEC | § | HARRIS COUNTY, TEXAS |

**RULE 11 AGREEMENT PERTAINING TO LETTER OF CREDIT**

Pursuant to Rule 11 of the Texas Rules of Civil Procedure, the below parties or counsel

executing this Rule 11 Agreement do hereby agree as follows:

1.  The following original letter of credit and original amendment thereto are in the possession of the Court (hereinafter "Original LOC"):

    Standby Letter of Credit
    Issued by the Bank of Montreal, Toronto, Canada
    Letter of Credit No. BMT 02040710S
    Whitney Bank's reference No. AS53674

2.  Right of Way Maintenance Equipment, Inc. is the named beneficiary of the Original LOC;

3.  Pursuant to TEX. BUS. & COM. CODE §5.114, Bandas Law Firm, P.C., Moulton & Meyer, L.L.P., Shackelford Law Firm, and Cambridge Management Group, LLC are assignees of a portion of Right of Way Maintenance Equipment, Inc.'s rights to payment under the Original LOC;

4.  Pursuant to TEX. PROP. CODE §1.014, Bandas Law Firm, P.C., Moulton & Meyer, L.L.P., Shackelford Law Firm, and Cambridge Management Group, LLC have a property interest in proceeds from the Original LOC.

5.  Right of Way Maintenance Equipment, Inc. disputes the extent and amount of the lien and property interest in the proceeds from the Original LOC by the Bandas Law Firm, P.C., Moulton & Meyer, L.L.P., and Shackelford Law Firm.

IT IS THEREFORE AGREED, that:

1.  This Court will release the Original LOC in the possession of this Court to Bandas Law Firm, P.C.;

05905.1 / 1153535.1

2.    Bandas Law Firm, P.C. shall cause to be made a demand for payment on the Original LOC by submitting documents in the form attached hereto as Exhibit 1;

3.    Pursuant to the agreement of the Parties, this Court shall enter the order attached hereto as Exhibit 2, requiring all proceeds from the Original LOC be deposited into the registry of the 113th Judicial District Court, Harris County, Texas;

4.    John O'Hagan, as Vice President for Right of Way Maintenance Equipment, Inc., shall execute all documents in Exhibit 1 requiring his signature and any such signatures shall be made on such documents in the presence of this Court at the time this Order is signed by this Court;

5.    Once the proceeds from the Original LOC are recovered by the Bandas Law Firm, P.C., Cambridge Management Group LLC will be paid the portion of the Recovery due it under the Assignment and Security Agreement, pursuant to the instructions of the Cambridge Management Group LLC and the terms of the Assignment and Security Agreement.

6.    Any and all remaining proceeds from the Original Letter of Credit that are received by The Bandas Law Firm, P.C. and after payment to Cambridge Management Group LLC shall be deposited into and shall remain in the registry of the 113th Judicial District Court of Harris County, Texas until further orders of this Court are issued.

AGREED TO PURSUANT TO RULE 11 OF THE TEXAS RULES OF CIVIL PROCEDURE:

By:    _John O'Hagan_

John O'Hagan, Vice President
Right of Way Maintenance Equipment, Inc.
11443 Old Highway 105 East
Conroe, Texas 77303

By:    _Michael S. Hays_

Michael S. Hays
Attorney for Bandas Law Firm, P.C. and
Moulton & Meyer, L.L.P.
Hays, McConn, Rice & Pickering
1233 West Loop South, Suite 1000
Houston, Texas 77027

2

05905.1 / 1153535.1

By: _____
David J. McTaggart
Attorney for Shackelford Law Firm
Cruse, Scott, Henderson  Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019

By: _____ (by permission)
Robert J. Lowe, Jr.
Attorney for Rowmec
Lowe & Associates
Wachovia Center
177 Meeting Street, Suite 400
Charleston, South Carolina, 29401

By: _____
Christopher Johnston
Attorney for Rowmec
Firth-Johnston-Martinez
415 N. Mesa 3rd Fl
El Paso, Texas 79901

By: _____
Alexander C. Chae
Attorney for Cambridge Management Group, LLC
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007

By: _____
Christopher A. Bandas
Bandas Law Firm, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, TX 78471

3

05905.1 / 1153535.1

Certified Document Number: 40876625 - Page 11 of 60

By: _David J. McTaggart_
David J. McTaggart
Attorney for Shackelford Law Firm
Cruse, Scott, Henderson Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, Texas 77019 _w/ permission - h Michael S. Haye_

By: _____
Robert J. Lowe, Jr.
Attorney for Rowmec
Lowe & Associates
Wachovia Center
177 Meeting Street, Suite 400
Charleston, South Carolina, 29401

By: _____
Christopher Johnston
Attorney for Rowmec
Firth-Johnston-Martinez
415 N. Mesa 3rd Fl
El Paso, Texas 79901

By: _by permission_
Alexander C. Chae
Attorney for Cambridge Management Group, LLC
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007

By: _____
Christopher A. Bandas
Bandas Law Firm, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, TX 78471

3

Certified Document Number: 40876625 - Page 12 of 60

05905.1 / 1153535.1

By: _____
Jeffrey D. Meyer
Moulton & Meyer, L.L.P.
800 Taft Street
Houston, Texas 77019

By: _____
Patricia A. Shackelford
Shackelford Law Firm
P.O. Box 419
Corpus Christi, Texas 78403
w/ permission to Michael S. Hays

4

05905.1 / 1153535.1
HOUSTON 1019747v.3

Certified Document Number: 40876625 - Page 14 of 60

**EXHIBIT NO. 1**

**RIGHT OF WAY MAINTENANCE
EQUIPMENT COMPANY, INC.
11443 OLD HIGHWAY 105 E
CONROE, TEXAS 77303**

January 19, 2009

Whitney Bank
As Advising Bank to the Bank of Montreal
Attn: Joann Daigle, International Banking
201 Camp Street
New Orleans, LA 70130

       Re:    Standby Letter of Credit
               Issued by the Bank of Montreal, Toronto, Canada
               Letter of Credit No. BMT 02040710S
               Whitney Bank's Reference No. AS53674

Dear Ms. Daigle:

My name is John O'Hagan, Sr.  I am the Vice President of Right of Way Maintenance Equipment Company, Inc. ("Right of Way").

Please find enclosed the following:

(1)     Right of Way's Letter Demand under the Standby Letter of Credit referenced above;

(2)     a certified copy of the Fifth Circuit's Final Disposition affirming the Judgment of the District Court in Cause No. 05-4081; and

(3)     the original Standby Letter of Credit dated January 18, 2008 that was amended on April 15, 2008.

In addition to the documents identified above, also enclosed for your file are:

(4)     a certified copy of a Certificate of Fact from the Texas Secretary of State's Office showing that I am the Vice President of Right of Way;

(5)     a certified copy of the Fifth Circuit's Opinion in the case disposing of Cause No. 05-4081;

(6)      a certified copy of the Judgment of the District Court in Cause No. 05-4081;

(7)     a certified copy of the Mandate issued by the Fifth Circuit; and

(8)     a certified copy of Agreed Order Controlling Demand for Payment by Beneficiary Under Letter of Credit.

Certified Document Number: 40876625 - Page 15 of 60

Payment on the Standby Letter of Credit should be made by cashier's check payable to Bandas Law Firm, P.C. IOLTA Account. Please notify Christopher A. Bandas at the address below when the cashier's check is ready for delivery:

Christopher A. Bandas
Bandas Law Firm, P.C.
500 N. Shoreline, Suite 1020
Corpus Christi, Texas 78471
(361) 698-5200 (o)
(361) 698-5222 (f)

Please also notify Mr. Bandas if there are any discrepancies with the documents and Right of Way reserves its right to resubmit the documents to draw upon the Standby Letter of Credit. His telephone numbers are 361-698-5200 (office) and 361-877-9171 (cell). I appreciate your immediate attention to this matter.

Yours very truly,

Right of Way Maintenance Equipment
Company, Inc.

BY: John O'Hagan, Sr., Vice President

SWORN TO and SUBSCRIBED before me by John O'Hagan, Sr., on the 2 day of
~~January~~ 2009.
*FEBRUARY*

Notary Public in and for the State of Texas

enclosures

Certified Document Number: 40876625 - Page 17 of 60

**ATTACHMENT NO. 1**

**DEMAND FOR PAYMENT ON STANDBY LETTER OF CREDIT**

**RIGHT OF WAY MAINTENANCE
EQUIPMENT COMPANY, INC.
11443 OLD HIGHWAY 105 E
CONROE, TEXAS 77303**

January 6, 2009

Letter Demand

Re:     Standby Letter of Credit
        Issued by the Bank of Montreal, Toronto, Canada
        Letter of Credit No. BMT 02040710S

Dear Sirs:

My name is John O'Hagan, Sr.  I am the Vice President of Right of Way Maintenance Equipment Company, Inc. ("Right of Way").

Right of Way hereby draws upon the Standby Letter of Credit issued by the Bank of Montreal identified above.  Accordingly, Right of Way hereby formally demands payment in the full amount of the Standby Letter of Credit, $3,600,000.00 in United States currency in accordance with the Court Order included as Attachment No. 8 to our letter of even date.

Yours very truly,

Right of Way Maintenance Equipment
Company, Inc.

BY: John O'Hagan, Sr., Vice President

SWORN TO and SUBSCRIBED before me by John O'Hagan, Sr., on the 2 day of ~~January~~ *February* 2009.



Notary Public in and for the State of Texas

Certified Document Number: 40876625 - Page 19 of 60

**ATTACHMENT NO. 2**

**DEMAND FOR PAYMENT ON STANDBY LETTER OF CREDIT**

**RIGHT OF WAY MAINTENANCE**
**EQUIPMENT COMPANY, INC.**
**11443 OLD HIGHWAY 105 E**
**CONROE, TEXAS 77303**

January 19, 2009

Re:   Standby Letter of Credit
      Issued by the Bank of Montreal, Toronto, Canada
      Letter of Credit No. BMT 02040710S

Dear Sirs:

My name is John O'Hagan, Sr.  I am the Vice President of Right of Way Maintenance Equipment Company, Inc. ("Right of Way").

Attached is a certified copy of the United States Court of Appeals for the Fifth Circuit's Final Appellate Disposition Affirming the Judgment of the United States District Court for the Southern District of Texas, Houston Division, in Cause No. 05-4081.

Yours very truly,

Right of Way Maintenance
Company, Inc.

BY: John O'Hagan, Sr., Vice President

SWORN TO and SUBSCRIBED before me by John O'Hagan, Sr., on the 2 day of ~~January~~ 2009.
*February*

Notary Public in and for the State of Texas

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

December 18, 2008

Charles R. Fulbruge III
Clerk

_____

No. 07-20528

_____

D.C. Docket No. 4:05-CV-4081

RIGHT OF WAY MAINTENANCE COMPANY, doing business as Rowmec

Plaintiff - Appellee

v.

GYRO-TRAC INC; GYRO-TRAC (USA) INC

Defendants - Appellants

Appeal from the United States District Court for the
Southern District of Texas, Houston.

Before REAVLEY, CLEMENT, and PRADO, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that defendants-appellants pay to plaintiff-appellee the costs on appeal.

ISSUED AS MANDATE:

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By:
Deputy                          4/14/09

New Orleans, Louisiana

Certified Document Number: 40876625 - Page 21 of 60

Certified Document Number: 40876625 - Page 22 of 60

**ATTACHMENT NO. 3**

**DEMAND FOR PAYMENT ON STANDBY LETTER OF CREDIT**

Certified Document Number: 40876625 - Page 23 of 60

**Fasken Martineau DuMoulin S.E.N.C.R.L., s.r.l.**
Avocats
Agents de brevets et marques de commerce

Bureau 800
140, Grande Allée Est
Québec (Québec) Canada G1R 5M8

418 640 2000 Téléphone
418 647 2455 Télécopieur

www.fasken.com



Jean G. Morency
Direct  418 640 2002
jmorency@fasken.com

April 16, 2008


Me Jared LeBlanc
Buck, Keenan, Gage, Little & Lindley, L.L.P.
700 Louisiana, Suite 5100
Houston, Texas 77002


| | |
|---|---|
| **Currency/Amout :** | USD 3,600,000.00 |
| | Not Exceeding USD Three Million Six Hundred Thousand and NO/100 U.S. Dollars |
| **Issue Date :** | January 18, 2008 |
| **Expiry Date :** | January 18, 2009 |
| **Expiry Place :** | Toronto |


Dear Sir,

As per your instructions, enclosed please find a Letter of Credit opened in favor of Right of Way Maintenance Equipment Company by the Bank of Montreal, Toronto, Canada, which is conveyed to you without any engagement or responsibility on our part.

Yours truly,

**FASKEN MARTINEAU DuMOULIN S.E.N.C.R.L., s.r.l.**

Jean G. Morency

JGM/cs
*Enclosed*


DM_QUE/117412-00009/351395.1


Vancouver      Calgary      Toronto      Montréal      Québec      New York      Londres      Johannesburg

**WHITNEY NATIONAL BANK**
**International Banking Dept.**
**201 Camp Street**
**New Orleans, LA 70130**

February 13, 2008

Jared G. LeBlanc
Buck, Keenan, Gage, Little & Lindley, L.L.P
700 Louisiana, Suite 5100
Houston, Texas 77002

Our Reference:  AS53674
Advice of Letter of Credit No.: BMTO204071OS

**Beneficiary:**
Right of Way Maintenance Equipment Company
11443, Old Hwy. 105 E
Conroe. TX 77303

| | |
|---|---|
| **Applicant:** | **Opening Bank:** |
| Gyro-Trac (U.S.A.) Inc. | The Bank of Montreal |
| 10, Plying Cloud Drive | 234 Simcoe Street, Floor 3 |
| Summerville, SC 29483 8113 | Toronto, Canada |

| | |
|---|---|
| Currency/Amount: | USD 3,600,000.00 |
| | Not Exceeding USD Three Million Six Hundred Thousand and NO/100 U.S. Dollars |
| Issue Date: | January 18, 2008 |
| Expiry Date: | January 17, 2009 |
| Expiry Place: | Toronto |

Dear Sirs:

As per your instructions, enclosed please find a Letter of Credit opened in favor of Right of Way Maintenance Equipment Company by The Bank of Montreal, Toronto, Canada, which is conveyed to you without any engagement or responsibility on our part.

The attached document is the operative instrument.

In order to avoid delays in obtaining payment(s) carefully review the attached instrument. Should you not be in a position to comply with its terms, please contact the applicant and arrange to have the Letter of Credit amended.

Please remember to quote our Reference No. AS53674, when referring to this Letter of Credit.

This Credit is subject to the Uniform Customs and Practice for Documentary Credits (2007 Revision) International chamber of Commerce, Paris, France, Publication No. 600.

If you have any questions, you may contact International Banking Department by phone: 504-586-7301, fax: 504-619-4158 or SWIFT: WHITUS44.

_____
Authorized Signature

Certified Document Number: 40876625 - Page 24 of 60

**ORIGINAL**

```
PRINTED BY TurboSwift AT:    2008.01.22 08:54:03    FOR: WHITUS44AXXX
----------------------------------------------------------------------
   Message Name: ISSUE OF A DOCUMENTARY CREDIT
   Message Type: F 700    Sent/Received: BOFMCAT2AXXX
      Direction: Output             BANK OF MONTREAL, THE
       Priority: Normal             234 SIMCOE STREET
        Session: 4700               FLOOR 3
       Sequence: 208983             TORONTO
                                    Input Output ACK   NAK   DUP   AUTH
   MIR: 080118BOFMCAT2AXXX3828302086 Time  Time Flag  Code  Flag  Code
   MOR: 080118WHITUS44AXXX4700208983 ----- ------ ---- ------ ----- ----
   MUR:                              1700  1600   0          ----- SP--
```

```
1:       MESSAGE HEADER
         F01WHITUS44AXXX4700208983
2:       APPLICATION HEADER
         O7001700080118BOFMCAT2AXXX38283020860801181600N
4:       MESSAGE TEXT
27:      Sequence of Total
Sequence of Total:      1/1
:40A:    Form of Documentary Credit
         IRREVOCABLE STANDBY
:20:     Documentary Credit Number
TRN:     BMTO204071OS
:31C:    Date of Issue
Date:    080118
:40E:    Applicable Rules
         UCP LATEST VERSION
:31D:    Date and Place of Expiry
         090117
Place:   TORONTO
:50:     Applicant

         GYRO-TRAC (U.S.A.) INC.
         10,  PLYING CLOUD DRIVE,
         SUMMERVILLE, SC. 29483 8113 US
:59:     Beneficiary
Optional Account Line:
Full Address:            RIGHT OF WAY MAINTENANCE
                         EQUIPMENT COMPANY
                         11443, OLD HWY 105 E
                         CONROE, TX 77303 US
:32B:    Currency Code, Amount
Currency Code:           USD
Amount:                          3'600'000,00
:41A:    Available With ... By ...
to bank ID code:         BOFMCAT2
                         BANK OF MONTREAL, THE
                         234 SIMCOE STREET
                         FLOOR 3
                         TORONTO
----------------------------------------------------------------------
PRINTER: PRLC.1885.009400   QUEUE: PRINTLCQ   BY: PRLC
DATABASE KEY: 200801181601020000  USER KEY: 200801181601020000   PAGE:   1
```

AS53674

Certified Document Number: 40876625 - Page 25 of 60

Certified Document Number: 40876625 - Page 26 of 60

PRINTED BY TurboSwift AT:    2008.01.22 08:54:03      FOR: WHITUS44AXXX
------------------------------------------------------------------------
BY:                    BY PAYMENT
TO:      Additional Conditions
         URGENT   URGENT URGNT
         WITHOUT ANY ENGAGEMENT ON YOUR PART, PLEASE ADVISE THIS STANDBY
         LETTER OF CREDIT TO THE BENEFICIARY BY FORWARDING  YOUR ORIGINAL
         ADVICE, VIA COURIER, TO THE FOLLOWING PARTY:
         BUCK, KEENAN, GAGE, LITTLE AND LINDLEY, L.L.P.
         700 LOUISIANA STREET, SUITE 5100
         HOUSTON, TEXAS 77002
         C/O MR. JARED LEBLANC, ATTORNEY
         AT THE REQUEST AND FOR THE ACCOUNT OF GYRO-TRAC (U.S.A.) INC.,
         10, PLYING CLOUD DRIVE, SUMMERVILLE, SC 29483 8113, USA
         (HEREINAFTER REFERRED TO AS THE 'APPLICANT'),  WE HEREBY ISSUE
         IN FAVOR OF RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY, 11443,
         OLD HWY 105 E, CONROE, TX 77303, USA (HEREINAFTER REFERRED TO AS
         THE 'BENEFICIARY') THIS IRREVOCABLE STANDBY LETTER OF CREDIT
         (HEREINAFTER REFERRED TO AS THE 'CREDIT') FOR AN AMOUNT NOT
         EXCEEDING THREE MILLION SIX HUNDRED THOUSAND AND 00/100'S UNITED
         STATES DOLLARS (USD3,600,000.00), AS A SECURITY OF THE FINANCIAL
         OBLIGATIONS OF THE APPLICANT PENDING A COURT ORDER ON THE FINAL
         APPELLATE DISPOSITION OF NO. 05-4081, RIGHT OF WAY MAINTENANCE
         COMPANY D/B/A ROWMEC V. GYRO-TRAC, INC AND GYRO-TRAC (U.S.A.),
         INC, IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
         DISTRICT OF TEXAS, HOUSTON DIVISION, ON APPEAL TO THE UNITED
         STATES COURT OF APPEAL FOR THE FIFTH CIRCUIT.
         THIS CREDIT IS AVAILABLE FOR PAYMENT AT OUR COUNTERS ON
         BENEFICIARY'S FIRST SIGNED WRITTEN DEMAND ADDRESSED TO OUR BANK
         THROUGH THE ADVISING BANK, ACOMPANIED BY THE FOLLOWING DOCUMENTS
         1. BENEFICIARY'S SIGNED CERTIFICATE INDICATING THE AMOUNT CLAIMED
         AND A CERTIFIED COPY OF THE UNITED STATES COURT OF APPEAL FOR
         THE FIFTH CIRCUIT ORDER ON APPELLATE DISPOSITION OF NO. 05-4081
         MAINTAINING THE JUDGMENT OF THE UNITED STATES DISTRICT COURT FOR
         THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION.
         2. THE ORIGINAL CREDIT INSTRUMENT.
         ONLY ONE DRAW IS ALLOWED UNDER THIS CREDIT, EITHER FOR PART OF
         THE CREDIT AMOUNT OF FOR THE FULL AMOUNT.
         THIS CREDIT EXPIRES AT OUR COUNTERS ON JANUARY 17, 2009,  HOWEVER
         IT IS DEEMED TO BE AUTOMATICALLY EXTENDED WITHOUT AMENDMENT FOR
         ONE (1) YEAR FROM THE PRESENT OR ANY FUTURE EXPIRATION DATE
         THEREOF UNLESS AT LEAST SIXTY (60) DAYS PRIOR TO SUCH EXPIRATION
         DATE WE NOTIFY YOU BY AUTHENTICATED SWIFT THROUGH THE ADVISING
         BANK, THAT WE ELECT NOT TO CONSIDER THIS CREDIT RENEWED FOR ANY
         SUCH ADDITIONAL PERIOD.  UPON RECEIPT OF SUCH NOTICE YOU MAY
         CALL FOR PAYMENT OF THE OUTSTANDING AMOUNT OF THE CREDIT UPON
         PRESENTATION OF YOUR SIMPLE SIGNED DEMAND ACCOMPANIED BY THE
         ORIGINAL CREDIT INSTRUMENT AND A CERTIFIED COPY OF THE UNITED
         STATES COURT OF APPEAL FOR THE FIFTH CIRCUIT ORDER ON APPELLATE
         DISPOSITION OF NO. 05-4081 MAINTAINING THE JUDGMENT OF THE
------------------------------------------------------------------------
PRINTER: PRLC.1885.009400    QUEUE: PRINTLCQ    BY: PRLC
DATABASE KEY: 200801181601020000  USER KEY: 200801181601020000    PAGE:    2

A553675

PRINTED BY TurboSwift AT:    2008.01.22 08:54:03    FOR: WHITUS44AXXX
-----------------------------------------------------------------------
          UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS,
          HOUSTON DIVISION.
          EXCEPT AS OTHERWISE EXPRESSLY STATED HEREIN, THIS CREDIT IS
          SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY
          CREDITS (2007 REVISION, INTERNATIONAL CHAMBER OF COMMERCE,
          PARIS, FRANCE, PUBLICATION NO. 600).  THE NUMBER AND THE NAME OF
          OUR BANK MUST BE QUOTED ON THE DOCUMENT REQUIRED.
:71B:    Charges
Free Format:              ALL BANKING CHARGES ARE  FOR THE
                          ACCOUNT OF THE APPLICANT.
:49:     Confirmation Instructions
                    WITHOUT
:78:     Instructions to the Paying/Accepting/Negotiating Bank
DEMANDS BY AUTHENTICATED SWIFT FROM THE ADVISING BANK ARE
AUTHORIZED PROVIDED THE ADVISING BANK CERTIFIES THAT IT HAS
RECEIVED A CLAIM STRICTLY IN COMPLIANCE WITH THE TERMS AND
CONDITIONS OF OUR CREDIT.
ALL DOCUMENTS MUST BE FORWARDED TO BANK OF MONTREAL,
INTERNATIONAL OPERATIONS CENTRAL, 234 SIMCOE STREET, TORONTO,
ONTARIO, M5T 1T4 BY COURRIER  CHARGES FOR BENEFICIARY'S ACCOUNT.
5:       TRAILER
CHK:     Checksum        B021DAE70F28


                    **** END OF MESSAGE ****


                              WHITNEY NATIONAL BANK
                              NEW ORLEANS, LA
                              LETTER OF CREDIT SECTION

                              ADVISE NO. AS53674

Certified Document Number: 40876625 - Page 27 of 60

**WHITNEY NATIONAL BANK**
**International Banking Dept.**
**201 Camp Street**
**New Orleans, LA 70130**

April 16, 2008

Jared G. LeBlanc
Buck, Keeman, Gage, Little & Lindley, L.L.P.
700 Louisiana, Suite 5100
Houston, Texas 77002

        Our Reference:  AS53674
        Amendment to a Documentary Credit No.:  BMTO204071OS

**Beneficiary:**
Right of Way Maintenance Equipment Company, Inc.
11443, Old Hwy 105 E
Conroe, TX 77303

| **Applicant:** | **Opening Bank:** |
| --- | --- |
| Gyro-Trac (U.S.A..) Inc. | The Bank Of Montreal |
| 10, Flying Cloud Drive | 234 Simcoe Street, Floor 3 |
| Summerville, SC 29483 8113 | Toronto, Canada |

| | |
| --- | --- |
| Applicant: | Gyro-Trac (U.S.A..) Inc. |
| Issue Date: | January 18, 2008 |
| Amendment Date: | April 16, 2008 |
| Expiry Date: | January 19, 2009 |
| Expiry Place: | TORONTO |

Dear Sirs,

Please find enclosed an amendment to Documentary Letter of Credit number BMTO204071OS .

This amendment has been issued by Bank of Montreal and is conveyed to you without any engagement or responsibility on our part.

This amendment must be considered as part of the Letter of Credit, and must be attached thereto.

In order to avoid delays in obtaining payment, carefully review the attached amendment. Should you not be in a position to comply with its terms, please contact the applicant and arrange to have the Credit amended.

Please remember to quote our Reference No. AS53674 when referring to this Letter of Credit.

Unless otherwise stated, this Standby Letter of Credit is issued subject to the Uniform Customs and Practice for Documentary Credits (2007 Revision International Chamber of Commerce, Paris, Publication No. 600).



**ORIGINAL**

Certified Document Number: 40876625 - Page 28 of 60

```
PRINTED BY TurboSwift AT:    2008.04.16 07:53:42      FOR: WHITUS44AXXX
-------------------------------------------------------------------------
  Message Name: DOCUMENTARY CREDIT AMENDMENT
  Message Type: F 707    Sent/Received: BOFMCAT2AXXX
       Direction: Output             BANK OF MONTREAL, THE
       Priority: Normal              234 SIMCOE STREET
        Session: 4727                FLOOR 3
       Sequence: 212613              TORONTO
                                     Input Output  ACK   NAK   DUP  AUTH
  MIR: 080416BOFMCAT2AXXX3851498066  Time  Time   Flag  Code  Flag  Code
  MOR: 080416WHITUS44AXXX4727212613  ----- ------ ----  ----- ----- ----
  MUR:                               0853  0753    0            ----- SP--
-------------------------------------------------------------------------
1:        MESSAGE HEADER
          F01WHITUS44AXXX4727212613
2:        APPLICATION HEADER
          O7070853080416BOFMCAT2AXXX38514980660804160753N
4:        MESSAGE TEXT
:20:      Sender's Reference
TRN:               BMTO204071OS
:21:      Receiver's Reference
Reference:         AS53674
:31C:     Date of Issue
Date:              080118
:30:      Date of Amendment
Date:              080415
:26E:     Number of Amendment
                   1
:59:      Beneficiary (before this amendment)
Optional Account Line:
Full Address:      RIGHT OF WAY MAINTENANCE
                   EQUIPMENT COMPANY
                   11443, OLD HWY 105 E
                   CONROE, TX 77303 US
:31E:     New Date of Expiry
Date:              090119
:79:      Narrative
Free Format:       THE BENEFICIARY HAS BEEN AMENDED TO: RIGHT OF WAY
                   MAINTENANCE, EQUIPMENT COMPANY, INC., 11443, OLD
                   HWY 105 E, CONROE, TX 77303 UNITED STATES
                   (COMMA BETWEEN 'MAINTENANCE' AND 'EQUIPMENT' IN
                   BENEFICIARY'S NAME ABOVE IS DELETED)
                   PART 1 OF 4
                   THE TEXT OF THIS STANDBY LETTER OF CREDIT STARTING
                   FROM 'AT THE REQUEST AND FOR ACCOUNT OF . . .' IS
                   NOW AMENDED TO READ AS FOLLOWS:
                   'AT THE REQUEST AND FOR THE ACCOUNT OF GYRO-TRAC
                   (U.S.A.) INC., 10, FLYING CLOUD DRIVE,
                   SUMMERVILLE, SC 29483 8113, USA (HEREINAFTER
                   REFERRED TO AS THE 'APPLICANT'),  WE HEREBY ISSUE
-------------------------------------------------------------------------
  PER: PRLC.2068.010197    QUEUE: PRINTLCQ   BY: PRLC
  SE KEY: 200804160753410000  USER KEY: 200804160753410000   PAGE:  1
```

WHITUS NATIONAL BANK
AS ADVISED LA
LETTER OF CREDIT SECTION
AS53674

PRINTED BY TurboSwift AT:    2008.04.16 07:53:42      FOR: WHITUS44AXXX
--------------------------------------------------------------------------
                              IN FAVOR OF RIGHT OF WAY MAINTENANCE EQUIPMENT
                              COMPANY, INC. (HEREINAFTER REFERRED TO AS THE
                              'BENEFICIARY') THIS IRREVOCABLE STANDBY LETTER OF
                              CREDIT (HEREINAFTER REFERRED TO AS THE 'CREDIT')
                              FOR AN AMOUNT NOT EXCEEDING THREE MILLION SIX
                              HUNDRED THOUSAND AND 00/100'S UNITED STATES
                              DOLLARS (USD3,600,000.00), AS A SECURITY OF THE
                              FINANCIAL OBLIGATIONS OF THE APPLICANT PENDING A
                              . . . .
                              (TO BE CONTINUED IN OUR MT799 - AMENDMENT NO. 1)
                              ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.
:72:     Sender to Receiver Information
Narrative:                    PLS ADVISE THIS AMD TO THE BNF VIA
                              COURIER, TO: JARED G. LEBLANC,
                              ESQ., BUCK, KEENAN, GAGE, LITTLE
                              AND LINDLEY, L.L.P., 700 LOUISIANA
                              ST., STE. 5100, HOUSTON, TX 77002.
5:       TRAILER
CHK:     Checksum             2F199F0FB68E

                              **** END OF MESSAGE ****

AS53674

--------------------------------------------------------------------------

Certified Document Number: 40876625 - Page 30 of 60

```
PRINTED BY TurboSwift AT:   2008.04.16 10:52:05    FOR: WHITUS44AXXX
-------------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION **
-------------------------------------------------------------------------
  Message Name: FREE FORMAT MESSAGE
  Message Type: F 799   Sent/Received: BOFMCAT2AXXX
     Direction: Output                BANK OF MONTREAL, THE
      Priority: Normal                234 SIMCOE STREET
       Session: 4727                  FLOOR 3
      Sequence: 212614                TORONTO
                                      Input Output ACK   NAK   DUP  AUTH
  MIR: 080416BOFMCAT2AXXX3851498067   Time  Time  Flag  Code  Flag Code
  MOR: 080416WHITUS44AXXX4727212614   ----- ------ ----  ----- ----- ----
  MUR:                                0853  0753   0           ----- SP--
-------------------------------------------------------------------------
1:        MESSAGE HEADER
          F01WHITUS44AXXX4727212614
2:        APPLICATION HEADER
          O7990853080416BOFMCAT2AXXX38514980670804160753N
4:        MESSAGE TEXT
:20:   Transaction Reference Number
TRN:                BMTO204071OS
:21:   Related Reference
Reference:          AS53674
:79:   Narrative
Free Format:        PART 2 OF 4
                    (CONTINUED FROM OUR MT707 - AMENDMENT NO. 1)
                    COURT ORDER ON THE FINAL APPELLATE DISPOSITION OF
                    NO. 05-4081, RIGHT OF WAY MAINTENANCE COMPANY
                    D/B/A ROWMEC V. GYRO-TRAC, INC AND GYRO-TRAC
                    (U.S.A.), INC, IN THE UNITED STATES DISTRICT
                    COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON
                    DIVISION, ON APPEAL TO THE UNITED STATES COURT OF
                    APPEAL FOR THE FIFTH CIRCUIT.
                    THIS CREDIT IS AVAILABLE FOR PAYMENT AT OUR
                    COUNTERS ON BENEFICIARY'S FIRST SIGNED DEMAND AND
                    UPON RECEIPT OF THE FOLLOWING DOCUMENTS:
                    1. BENEFICIARY'S SIGNED LETTER DEMAND INDICATING
                    THE AMOUNT CLAIMED AND A CERTIFIED COPY OF THE
                    UNITED STATES COURT OF APPEAL FOR THE FIFTH
                    CIRCUIT ORDER ON THE FINAL APPELLATE DISPOSITION
                    OF NO. 05-4081, AFFIRMING OR MODIFYING THE
                    JUDGMENT OF THE UNITED STATES DISTRICT COURT FOR
                    THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION,
                    AND INDICATING THE AMOUNT GYRO-TRAC, INC. AND
                    GYRO-TRAC (U.S.A.) INC. IS ORDERED TO PAY.
                    2. THE ORIGINAL CREDIT INSTRUMENT.
                    THE PAYMENT UNDER THIS DOCUMENT 1 ABOVE SHALL BE
-------------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION **
-------------------------------------------------------------------------
PRINTER: . .    QUEUE: PRINTLCQ    BY: GUY9428
DATABASE KEY: 200804160753410100  USER KEY: 200804160753410100   PAGE:   1
```

AS53674

Certified Document Number: 40876625 - Page 31 of 60

```
PRINTED BY TurboSwift AT:    2008.04.16 10:52:05    FOR: WHITUS44AXXX
-----------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION **
-----------------------------------------------------------------------
                        IN THE AMOUNT ORDERED BY THE UNITED STATES COURT
                        OF APPEAL FOR THE FIFTH CIRCUIT, AND MUST NOT
                        EXCEED THE FACE AMOUNT OF THIS CREDIT.
                        ONLY ONE DRAW IS ALLOWED UNDER THIS CREDIT, EITHER
                        FOR PART OF THE CREDIT AMOUNT OF FOR THE FULL
                        AMOUNT, AS PROVIDED HEREIN.
                        (TO BE CONTINUED IN OUR MT799 - AMENDMENT NO. 1)
5:        TRAILER
CHK:      Checksum       59FBBD720F6E

                        **** END OF MESSAGE ****
```

AS53674

```
-----------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION **
-----------------------------------------------------------------------
PRINTER:  . .     QUEUE: PRINTLCQ    BY: GUY9428
DATABASE KEY: 200804160753410100   USER KEY: 200804160753410100    PAGE:    2
```

Certified Document Number: 40876625 - Page 32 of 60

```
PRINTED BY TurboSwift AT:   2008.04.16 07:54:31     FOR: WHITUS44AXXX
-----------------------------------------------------------------------
  Message Name: FREE FORMAT MESSAGE
  Message Type: F 799   Sent/Received: BOFMCAT2AXXX
      Direction: Output                BANK OF MONTREAL, THE
      Priority: Normal                 234 SIMCOE STREET
       Session: 4727                   FLOOR 3
      Sequence: 212615                 TORONTO
                                   Input Output ACK    NAK    DUP   AUTH
  MIR: 080416BOFMCAT2AXXX3851498068   Time  Time  Flag   Code   Flag  Code
  MOR: 080416WHITUS44AXXX4727212615   ----- ------ ----  ------ ----- ----
  MUR:                                0854  0754   0            ----- SP--
-----------------------------------------------------------------------
1:        MESSAGE HEADER
          F01WHITUS44AXXX4727212615
2:        APPLICATION HEADER
          O7990854080416BOFMCAT2AXXX38514980680804160754N
4:        MESSAGE TEXT
:20:      Transaction Reference Number
TRN:                    BMTO204071OS
:21:      Related Reference
Reference:              AS53674
:79:      Narrative
Free Format:            PART 3 OF 4
                        (CONTINUED FROM OUR MT799 - AMENDMENT NO. 1)
                        THIS CREDIT EXPIRES AT OUR COUNTERS ON JANUARY 19,
                        2009, HOWEVER IT IS DEEMED TO BE AUTOMATICALLY
                        EXTENDED WITHOUT AMENDMENT FOR ONE (1) YEAR FROM
                        THE PRESENT OR ANY FUTURE EXPIRATION DATE THEREOF
                        UNLESS AT LEAST SIXTY (60) DAYS PRIOR TO SUCH
                        EXPIRATION DATE WE NOTIFY YOU IN WRITING BY
                        AUTHENTICATED SWIFT THROUGH THE ADVISING BANK,
                        THAT WE ELECT NOT TO CONSIDER THIS CREDIT RENEWED
                        FOR ANY SUCH ADDITIONAL PERIOD.  UPON RECEIPT OF
                        SUCH NOTICE YOU MAY CALL FOR PAYMENT OF THE
                        OUTSTANDING AMOUNT OF THE CREDIT UPON
                        PRESENTATION OF YOUR SIGNED LETTER DEMAND
                        INDICATING THE AMOUNT CLAIMED, ACCOMPANIED BY THE
                        ORIGINAL CREDIT INSTRUMENT AND THE WRITTEN NOTICE
                        OF NON-RENEWAL. ANY PAYMENT UNDER THIS PARAGRAPH
                        MAY BE MADE ONLY TO THE ORDER OF THE REGISTRY OF
                        THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
                        DISTRICT OF TEXAS, HOUSTON DIVISION, TO HOLD
                        PENDING FURTHER COURT ORDERS.
                        (TO BE CONTINUED IN OUR MT799 - AMENDMENT NO. 1)
5:        TRAILER
CHK:      Checksum      07C9AD864E35

          **** END OF MESSAGE ****

-----------------------------------------------------------------------
PRINTER: PRLC.2068.010198   QUEUE: PRINTLCQ   BY: PRLC
DATABASE KEY: 200804160754310000  USER KEY: 200804160754310000   PAGE:  1
```

*AS53674*

Certified Document Number: 40876625 - Page 33 of 60

```
PRINTED BY TurboSwift AT:   2008.04.16 10:52:17    FOR: WHITUS44AXXX
-----------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION **
-----------------------------------------------------------------------
  Message Name: FREE FORMAT MESSAGE
  Message Type: F 799   Sent/Received: BOFMCAT2AXXX
      Direction: Output                 BANK OF MONTREAL, THE
      Priority: Normal                  234 SIMCOE STREET
      Session: 4727                     FLOOR 3
      Sequence: 212616                  TORONTO
                                  Input Output ACK   NAK    DUP   AUTH
  MIR: 080416BOFMCAT2AXXX3851498069  Time  Time  Flag  Code   Flag  Code
  MOR: 080416WHITUS44AXXX4727212616  ----- ------ ---- ------ ----- ----
  MUR:                               0854  0754   0           ----- SP~-
-----------------------------------------------------------------------
1:      MESSAGE HEADER
        F01WHITUS44AXXX4727212616
2:      APPLICATION HEADER
        O7990854080416BOFMCAT2AXXX38514980690804160754N
4:      MESSAGE TEXT
:20:    Transaction Reference Number
TRN:                 BMTO204071OS
:21:    Related Reference
Reference:           AS53674
:79:    Narrative
Free Format:         PART 4 OF 4
                     (CONTINUED FROM OUR MT799 - AMENDMENT NO. 1)
                     EXCEPT AS OTHERWISE EXPRESSLY STATED HEREIN, THIS
                     CREDIT IS SUBJECT TO THE UNIFORM CUSTOMS AND
                     PRACTICE FOR DOCUMENTARY CREDITS (2007 REVISION,
                     INTERNATIONAL CHAMBER OF COMMERCE, PARIS, FRANCE,
                     PUBLICATION NO. 600).  THE NUMBER AND THE NAME OF
                     OUR BANK MUST BE QUOTED ON THE DOCUMENT REQUIRED.
                     BANK TO BANK:
                     DEMAND BY AUTHENTICATED SWIFT IS AUTHORIZED
                     PROVIDED THE ADVISING BANK CERTIFIES THAT IT HAS
                     RECEIVED A CLAIM STRICTLY N COMPLIANCE WITH THE
                     TERMS AND CONDITIONS OF OUR CREDIT.
                     ALL DOCUMENTS MUST BE FORWARDED TO BANK OF
                     MONTREAL, GLOBAL TRADE SERVICES, 234 SIMCOE
                     STREET, 3RD FLOOR, TORONTO, ONTARIO M5T 1T4,
                     CANADA, BY COURIER (COURIER CHARGES FOR
                     BENEFICIARY'S ACCOUNT).'
                     END OF AMENDMENT.
                     BEST REGARDS.
                     BMO BANK OF MONTREAL
                     GLOBAL TRADE SERVICES
5:      TRAILER
-----------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION **
-----------------------------------------------------------------------
PRINTER:  . .    QUEUE: PRINTLCQ    BY: GUY9428
DATABASE KEY: 200804160754330000   USER KEY: 200804160754330000    PAGE:   1
```

*AS53674* (stamp: INTERNATIONAL BANK ... SECTION)

```
PRINTED BY TurboSwift AT:    2008.04.16 10:52:17     FOR: WHITUS44AXXX
------------------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION **
------------------------------------------------------------------------------
CHK:    Checksum        EAE017B4D724

                **** END OF MESSAGE ****
```

WHITNEY NATIONAL BANK
N... ...S, LA
LETTER OF ... ...TION
A.... ... *A5536 74*

```
------------------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION **
------------------------------------------------------------------------------
PRINTER:  . .    QUEUE: PRINTLCQ    BY: GUY9428
DATABASE KEY: 200804160754330000   USER KEY: 200804160754330000   PAGE:   2
```

Certified Document Number: 40876625 - Page 35 of 60

Certified Document Number: 40876625 - Page 36 of 60

**ATTACHMENT NO. 4**

**DEMAND FOR PAYMENT ON STANDBY LETTER OF CREDIT**

Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697



Hope Andrade
Secretary of State

# Office of the Secretary of State

### Certificate of Fact

The undersigned, as Secretary of State of Texas, does hereby certify that according to the most recent information in the records of this office the following persons are listed as managerial officials for RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY, a Domestic For-Profit Corporation, file number 77241500.

| | |
|---|---|
| William O'Hagan Sr<br>PRESIDENT | P O Box 853<br>New Waverly<br>Texas<br>USA<br>77358 |
| William O'Hagan Sr<br>Director | P O Box 853<br>New Waverly<br>Texas<br>USA<br>77358 |
| Joan O'Hagan<br>SECRETARY | 11443 Old Hwy 105 E<br>Conroe<br>Texas<br>USA<br>77303 |
| Joan O'Hagan<br>Director | 11443 Old Hwy 105 E<br>Conroe<br>Texas<br>USA<br>77303 |
| William O'Hagan Jr<br>VICE PRESIDENT | 11443 Old Hwy 105 E<br>Conroe<br>Texas<br>USA<br>77303 |
| William O'Hagan Jr<br>Director | 11443 Old Hwy 105 E<br>Conroe<br>Texas<br>USA<br>77303 |

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555          Fax: (512) 463-5709          Dial: 7-1-1 for Relay Services
Prepared by: Victoria Nunez          TID: 10251          Document: 241689560002

Certified Document Number: 40876625 - Page 37 of 60

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Hope Andrade
Secretary of State

# Office of the Secretary of State

John  O'Hagan Sr
VICE PRESIDENT

11443 Old Hwy 105 E
Conroe
Texas
USA
77303

John  O'Hagan Sr
Director

11443 Old Hwy 105 E
Conroe
Texas
USA
77303

Scott  O'Hagan
VICE PRESIDENT

11443 Old Hwy 105 E
Conroe
Texas
USA
77303

Scott  O'Hagan
Director

11443 Old Hwy 105 E
Conroe
Texas
USA
77303

In testimony whereof, I have hereunto signed my name
officially and caused to be impressed hereon the Seal of
State at my office in Austin, Texas on January 05, 2009.

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555          Fax: (512) 463-5709          Dial: 7-1-1 for Relay Services
Prepared by: Victoria Nunez          TID: 10251          Document: 241689560002

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Hope Andrade
Secretary of State

## Office of the Secretary of State



*[signature]*

Hope Andrade
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555          Fax: (512) 463-5709          Dial: 7-1-1 for Relay Services
Prepared by: Victoria Nunez          TID: 10251          Document: 241689560002

Certified Document Number: 40876625 - Page 39 of 60

Certified Document Number: 40876625 - Page 40 of 60

**ATTACHMENT NO. 5**

**DEMAND FOR PAYMENT ON STANDBY LETTER OF CREDIT**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

# F I L E D

December 18, 2008

No. 07-20528

Charles R. Fulbruge III
Clerk

RIGHT OF WAY MAINTENANCE COMPANY, doing business as Rowmec

Plaintiff-Appellee

v.

GYRO-TRAC INC; GYRO-TRAC (USA) INC

Defendants-Appellants

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:05-CV-4081

Before REAVLEY, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:*

Right of Way Maintenance Co. ("Rowmec"), a dealer of tree-clearing equipment, sued Gyro-Trac, Inc. and Gyro-Trac (U.S.A.), Inc. (collectively, "Gyro-Trac"), a supplier, for breach of contract and termination of a dealership without cause in violation of Chapter 19 of the Texas Business and Commerce Code ("Chapter 19"). A jury found that Gyro-Trac had breached the contract and terminated the dealership without cause, and awarded Rowmec $3.6 million in damages. Gyro-Trac appeals. We affirm.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Certified Document Number: 40876625 - Page 41 of 60

No. 07-20528

First, Gyro-Trac argues that the evidence was legally insufficient to support the jury's finding of a breach of contract because Rowmec owed it money and thus the contract had already been breached. Rowmec, however, presented evidence at trial that Gyro-Trac had extended it a $500,000 line of credit and disputed Gyro-Trac's claims that the account balance was above $500,000. Gyro-Trac contends that Rowmec's argument relies on the O'Hagan Binder—admitted as a summary under Federal Rule of Evidence 1006—which was hearsay and should not have been admitted. But Rule 1006 is "a special exception to the hearsay rule," and does not require an authenticating witness. JACK B. WEINSTEIN & MARGARET A. BERGER, WEINSTEIN'S FEDERAL EVIDENCE § 1006.05[4] (Joseph M. McLaughlin ed., 2d ed. 2007). Moreover, although summaries must "accurately reflect the underlying records or testimony," *United States v. Taylor*, 210 F.3d 311, 315 (5th Cir. 2000), they cannot be excluded simply because they *might* be inaccurate, WEINSTEIN, *supra*, § 1006.07[1]. The trial court did not abuse its discretion in admitting the O'Hagan Binder. Gyro-Trac has provided no convincing argument to suggest that the O'Hagan Binder was not admissible as a summary of "'voluminous writings . . . which [could not] conveniently be examined in court.'" *See United States v. Stephens*, 779 F.2d 232, 239 & n.9 (5th Cir. 1985) (quoting FED. R. EVID. 1006). We also determine that the jury had legally sufficient evidence to find that Gyro-Trac breached the contract.[1]

Next, Gyro-Trac argues that the evidence was legally insufficient to support the damages award. It claims that the opinions of Rowmec's damages expert were unreliable and should have been excluded. Texas law does require that damages be based on "objective data." *Helena Chem. Co. v. Wilkins*, 47

---

[1] Gyro-Trac also claims that Rowmec waived its breach of contract on a separate consignment machine issue. But Rowmec was never silent about Gyro-Trac's failure to provide consignment machines, and we hold that it never possessed the intent to waive this issue. *See Aguiar v. Segal*, 167 S.W.3d 443, 451 (Tex. App. 2005).

2

Certified Document Number: 40876625 - Page 42 of 60

No. 07-20528

S.W.3d 486, 505 (Tex. 2001). In calculating damages, the expert relied on six months of actual sales history, purchases of Gyro-Trac machines and competitive machines by established customers of Rowmec, Gyro-Trac's sales projections for the dealership area, and testimony from Rowmec customers as to their buying habits and expected future business. Gyro-Trac does not dispute the methodology of calculating damages, only the predicate facts. There was ample objective data available, and we conclude that the jury had legally sufficient evidence available with which to support its damages award.

Gyro-Trac has several additional arguments, all of which lack merit. It argues that the trial judge erred by submitting jury questions on both breach of contract and Chapter 19 violations because this allowed the jury to award double damages. There is nothing in the damages jury question, however, which would indicate the jury doubled the award. Gyro-Trac also argues that Gyro-Trac, Inc. was not a supplier under Chapter 19. We need not determine what a supplier is under Texas law, however, because Gyro-Trac, Inc. was a signatory on the contract, which the jury found had been breached. Any error in including Gyro-Trac, Inc. under Chapter 19 is therefore harmless, since it would still be liable on the alternative breach of contract. Further, Gyro-Trac claims that the trial judge erred in responding to a jury note, but agrees that the trial judge answered the note's question correctly. There was no abuse of discretion in failing to give a supplemental instruction. Finally, Gyro-Trac argues that it was error to allow a witness, Jon Flournoy, to testify concerning possible fraud. But Flournoy never testified that Gyro-Trac had committed fraud, and any possible errors in admitting his other testimony were harmless.

For the foregoing reasons, the judgment of the district court is AFFIRMED.

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit

By
Deputy
New Orleans, Louisiana   1/14/09

3

Certified Document Number: 40876625 - Page 43 of 60

Certified Document Number: 40876625 - Page 44 of 60

**ATTACHMENT NO. 6**

**DEMAND FOR PAYMENT ON STANDBY LETTER OF CREDIT**

AO 451 (Rev.12/93)  Certification of Judgment

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          TEXAS

Right of Way Maintenance Company d/b/a Rowmec

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

V.

Gyro-Trac, Inc. and Gyro-Trac (U.S.A.), Inc.

Case Number:    H-05-4081

I,          **Michael N. Milby**          Clerk of the United States district court certify that the

attached judgment is a true and correct copy of the original judgment entered in this action          6/12/07          , as it
                                                                                                        Date

appears in the records of this court, and that

Gyro-Trac, Inc. and Gyro-Trac (U.S.A.), Inc. filed a notice of appeal on July 12, 2007. All motions of the kinds listed in Rule 4(a) of
the Federal Rules of Civil Procedure have been disposed of, and the last order disposing of such motions was entered on July 30,
2007. Neither Gyro-Trac, Inc. nor Gyro-Trac (U.S.A.), Inc. has superceded the judgment by bond or otherwise and neither has
applied for an order granting a stay of execution in the District Court or the 5th Circuit, and no such order granting a stay of execution
has been granted.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

MAR 1 9 2008                                   **Michael N. Milby**
Date                                           Clerk

(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal
Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a)
of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an
appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from
this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings
of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

**PLAINTIFF'S
EXHIBIT**

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RIGHT OF WAY MAINTENANCE COMPANY | § | |
| D/B/A ROWMEC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-05-4081 |
| | § | |
| GYRO-TRAC, INC. | § | |
| AND GYRO-TRAC (U.S.A.), INC., | § | |
| | § | |
| *Defendants.* | § | |

**FINAL JUDGMENT**

Based on the unanimous verdict returned June 6, 2007,[1] by a duly empaneled jury of eight, it is ORDERED that plaintiff Right of Way Maintenance Equipment Company d/b/a Rowmec recover the sum of $3,600,000.00 on its claims against Gyro-Trac, Inc. and Gyro-Trac (U.S.A.), Inc. jointly and severally plus post-judgment interest at the rate of 4.98 percent annually from the date of this judgment until paid.

It is further ORDERED that all taxable costs of court are assessed against defendants Gyro-Trac, Inc. and Gyro-Trac (U.S.A.), Inc. jointly and severally.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on June 12, 2007.

_____
Gray H. Miller
United States District Judge

---

[1] *See* Dkt. 150 (Verdict Form).

Certified Document Number: 40876625 - Page 46 of 60

Certified Document Number: 40876625 - Page 47 of 60

**ATTACHMENT NO. 7**

**DEMAND FOR PAYMENT ON STANDBY LETTER OF CREDIT**

**United States Court of Appeals**
**Fifth Circuit**

# UNITED STATES COURT OF APPEALS **F I L E D**

## FOR THE FIFTH CIRCUIT

December 18, 2008

Charles R. Fulbruge III
Clerk

No. 07-20528

D.C. Docket No. 4:05-CV-4081

RIGHT OF WAY MAINTENANCE COMPANY, doing business as Rowmec

Plaintiff - Appellee

v.

GYRO-TRAC INC; GYRO-TRAC (USA) INC

Defendants - Appellants

Appeal from the United States District Court for the
Southern District of Texas, Houston.

Before REAVLEY, CLEMENT, and PRADO, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that defendants-appellants pay to plaintiff-appellee the costs on appeal.

ISSUED AS MANDATE:

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

New Orleans, Louisiana

Certified Document Number: 40876625 - Page 49 of 60

**ATTACHMENT NO. 8**

**DEMAND FOR PAYMENT ON STANDBY LETTER OF CREDIT**

Certified Document Number: 40876625 - Page 50 of 60

**Certified Copy of Harris County Order Controlling Demand
to be Substituted Here**

Certified Document Number: 40876625 - Page 51 of 60

**EXHIBIT NO. 2**

FILED
Loren Jackson
District Clerk

Time: _____
FEB 0 2 2009
By _____
Harris County, Texas
Deputy

CAUSE NO. 2009-01433

| | | |
|---|---|---|
| BANDAS LAW FIRM, P.C., AND | § | IN THE DISTRICT COURT |
| MOULTON & MEYER, L.L.P. | § | |
| | § | |
| VS. | § | 113th JUDICIAL DISTRICT |
| | § | |
| RIGHT OF WAY MAINTENANCE | § | |
| EQUIPMENT COMPANY D/B/A | § | |
| ROWMEC | § | HARRIS COUNTY, TEXAS |

<u>SUPPLEMENTAL ORDER</u>

On the twenty-third day of January, 2009 came on to be heard Plaintiffs' Bandas Law

Firm, P.C. and Moulton & Meyer, L.L.P.'s ("Plaintiffs") Application for Temporary Injunction.

The Court, having acknowledged that proper notice of this hearing was given to counsel for

Defendant Right of Way Maintenance Equipment Company d/b/a Rowmec ("Rowmec"), having

heard the arguments of counsel, and having considered the exhibits, evidence, and testimony

offered at the hearing, found that Plaintiffs met all requirements for the issuance of a temporary

injunction and therefore the Court entered a separate order granting Plaintiffs' application for

temporary injunction, which all parties have received and which is attached hereto. The Court is

also in possession of the original letter of credit and original amendment thereto are in the

possession of the Court ("the Original Letter of Credit"):

> Standby Letter of Credit
> Issued by the Bank of Montreal, Toronto, Canada
> Letter of Credit No. BMT 02040710S
> Whitney Bank's reference No. AS53674

The Court further ORDERS as follows:

1.     The Original Letter of Credit will be withdrawn from the Court, handed over to

Chris Bandas of The Bandas Law Firm, P.C., and shall be presented to Whitney Bank and to the

Bank of Montreal by Chris Bandas of The Bandas Law Firm, P.C.;

05905.1 / 1153047.1

Certified Document Number: 40876625 - Page 52 of 60

2.    Rowmec, Cambridge Management Group, LLC, and Plaintiffs have conferred on the form of documents to be executed and presented to Whitney Bank and those documents shall be executed by John O'Hagan in the Courtroom of the 113th Judicial District Court of Harris County,    Texas    on    behalf    of    Rowmec,    pursuant    to    the    attached Rule 11 Agreement, to ensure Whitney Bank honors the Original Letter of Credit;

3.    Chris Bandas of The Bandas Law Firm, P.C. will receive the proceeds from the Original Letter of Credit or deposit such proceeds into the IOLTA account held by The Bandas Law Firm, P.C. Chris Bandas of The Bandas Law Firm, P.C. will then immediately deliver to Cambridge Management Group LLC the portion of the Recovery due it under the Assignment and Security Agreement, pursuant to the instructions of Cambridge Management Group LLC and the terms of the Assignment and Security Agreement.

4.    Any and all remaining proceeds from the Original Letter of Credit that are received by The Bandas Law Firm, P.C. and after payment to Cambridge Management Group LLC shall be deposited into and shall remain in the registry of the 113th Judicial District Court of Harris County, Texas until further orders of this Court are issued.

It is so ORDERED.

Signed on this the 2nd day of February , 2009.

JUDGE PRESIDING

2

05905.1 / 1153047.1

**APPROVED AND ENTRY REQUESTED:**

**HAYS, McCONN, RICE & PICKERING**

By: _Michael S Hays_

    Michael S. Hays
    State Bar No. 09304500
    Michael M. Gallagher
    State Bar No. 24040941
    1233 West Loop South, Suite 1000
    Houston, Texas 77027
    Telephone: (713) 654-1111
    Facsimile: (713) 650-0027
    **ATTORNEYS FOR PLAINTIFFS**
    **BANDAS LAW FIRM, P.C. AND**
    **MOULTON & MEYER, L.L.P.**

**APPROVED AND ENTRY REQUESTED:**

**FIRTH JOHNSTON MARTINEZ**

By: _Christopher R. Johnston_

    Christopher R. Johnston
    State Bar No. 10834200
    415 North Mesa, Suite 300
    El Paso, Texas 79901
    Telephone: (915) 532-7500
    Facsimile: (915) 532-7503
    **ATTORNEYS FOR DEFENDANT**
    **RIGHT OF WAY EQUIPMENT MAINTENANCE**
    **COMPANY D/B/A ROWMEC**

**APPROVED AND ENTRY REQUESTED:**

**LOWE & ASSOCIATES**

By: _Robert J. Lowe (by permission)_

    Robert J. Lowe, Jr.
    Wachovia Center
    177 Meeting Street, Suite 400
    Charleston, South Carolina, 29401
    **ATTORNEYS FOR DEFENDANT**
    **RIGHT OF WAY EQUIPMENT MAINTENANCE**
    **COMPANY D/B/A ROWMEC**

3

05905.1 / 1153047.1

Certified Document Number: 40876625 - Page 54 of 60

APPROVED AND ENTRY REQUESTED:

CRUSE, SCOTT, HENDERSON  ALLEN, L.L.P.

By: _David J. McTaggart_
     David J. McTaggart
     2777 Allen Parkway, 7th Floor
     Houston, Texas 77019
     **ATTORNEY FOR DEFENDANT**
     **SHACKELFORD LAW FIRM**
     *By permission*


APPROVED AND ENTRY REQUESTED:

GARDERE WYNNE SEWELL LLP

By: _____
     Alexander C. Chae
     State Bar No.04056090
     1000 Louisiana, Suite 3400
     Houston, Texas 77002-5007
     **ATTORNEY FOR DEFENDANT**
     **CAMBRIDGE MANAGEMENT GROUP, LLC**

4

Certified Document Number: 40876625 - Page 55 of 60

CAUSE NO. 2009-01433

| | | |
|---|---|---|
| BANDAS LAW FIRM, P.C., AND | § | IN THE DISTRICT COURT |
| MOULTON & MEYER, L.L.P. | § | |
| | § | |
| VS. | § | 113th JUDICIAL DISTRICT |
| | § | |
| RIGHT OF WAY MAINTENANCE | § | |
| EQUIPMENT COMPANY D/B/A | § | |
| ROWMEC | § | HARRIS COUNTY, TEXAS |

## ORDER ON PLAINTIFFS' APPLICATION FOR TEMPORARY INJUNCTION

On the____day of January, 2009 came on to be heard Plaintiffs' Bandas Law Firm, P.C.

and Moulton & Meyer, L.L.P.'s ("Plaintiffs") Petition for Temporary Injunction. The Court,

having acknowledged that proper notice of this hearing was given to counsel for Defendant Right

of Way Maintenance Equipment Company d/b/a Rowmec ("Rowmec"), having heard the

arguments of counsel, and having considered the exhibits, evidence, and testimony offered at the

hearing, finds as follows:

It clearly appears from these papers that Plaintiffs are entitled to a temporary injunction

against Rowmec; that Plaintiffs will sustain irreparable harm for which they have no adequate

remedy at law, and which is imminent, unless Rowmec, its agents, employees, and attorneys, or

anyone acting in concert with or at the direction of Rowmec, is immediately enjoined from:

    a. Seeking any form of legal or equitable relief in Cause No. 09-01-00244; *Right*

    *of Way Maintenance Company, d/b/a Rowmec v. Bandas Law Firm, P.C., et al.*;

    in the 9th Judicial District Court of Montgomery County, Texas ("the

    Montgomery County lawsuit");

    b. Filing or sending or transmitting any notices, letters, motions, pleadings, or

    documents in connection with the Montgomery County lawsuit, other than to

05905.1 / 1152685.1

expressly inform the judge of that Court that Rowmec is enjoined from any further action;

c.  Taking any steps to take control of the standby letter of credit issued by the Bank of Montreal;

d.  Taking any steps to collect funds through the standby letter of credit issued by the Bank of Montreal or by any other alternative means attempt to collect funds from Gyro-Trac and/or Bank of Montreal.

The Court further explicitly finds that in the absence of a temporary injunction, Plaintiffs would suffer an irreparable injury because Rowmec and its counsel would unduly and improperly interfere with the collection and presentment of the letter of credit to satisfy the judgment regarding the lawsuit styled *Right of Way Maintenance Equipment Company d/b/a Rowmec v. Gyro-Trac, Inc. and Gyro-Trac (USA), Inc.*, Civil Action No. 4:05-cv-4081; In the United States District Court for the Southern District of Texas, Houston Division ("the underlying lawsuit"). The Court further finds that in the absence of a temporary injunction, Plaintiffs would suffer an irreparable injury because Plaintiffs' property and contractual interest in the recovery of funds in the underlying lawsuit would be threatened by Rowmec's interference with the collection and presentment of the letter of credit to satisfy the judgment regarding the underlying lawsuit. The Court further finds that Plaintiffs have no adequate remedy at law because Rowmec initiated the Montgomery County lawsuit. The court further finds that Plaintiffs have no adequate remedy at law because Rowmec requested injunctive and monetary relief in the Montgomery County lawsuit, which, if granted, would place Plaintiffs in the position of having to comply with conflicting, contradictory orders from two separate Courts and would have resulted in Rowmec acquiring possession of the original letter of credit.

2

Certified Document Number: 40876625 - Page 57 of 60

The Court finds that because it has possession of the original letter of credit, it has dominant jurisdiction over the property and property interests at issue in this lawsuit and that no other Court may exercise jurisdiction. The Court further finds that this lawsuit was filed before the Montgomery County lawsuit and that Rowmec filed the Montgomery County lawsuit after having actual knowledge of the existence of this lawsuit.

Based on the foregoing findings, exhibits, and evidence before the Court, which are incorporated by reference, the Court finds that Plaintiffs have met their evidentiary burden under the Texas Rules of Civil Procedure and have met all requirements for the issuance of a temporary injunction. The Court finds that Plaintiffs have presented evidence to support a probable right of recovery and a probably injury. The Court further finds that Plaintiffs have shown that in the absence of a temporary injunction, they will suffer an irreparable injury for which there is no adequate remedy at law. Therefore, it is hereby;

ORDERED that Rowmec, its agents, employees, and attorneys, or anyone acting in concert with or at the direction of Rowmec, is immediately enjoined from:

a.  Seeking any form of legal or equitable relief in the Montgomery County lawsuit;

b.  Filing or sending or transmitting any notices, letters, motions, pleadings, or documents in connection with the Montgomery County lawsuit, other than to expressly inform the judge of that Court that Rowmec is enjoined from any further action;

c.  Taking any steps to take control of the standby letter of credit issued by the Bank of Montreal;

3

05905.1 / 1152685.1

Certified Document Number: 40876625 - Page 58 of 60

d.  Taking any steps to collect funds through the standby letter of credit issued by

the Bank of Montreal or by any other alternative means attempt to collect funds

from Gyro-Trac and/or Bank of Montreal.

The Court finds that the bond for this temporary injunction should be set at $1,000.00.

Because Plaintiffs have previously executed and filed with the Clerk a bond in that amount, they

have met this requirement.

The   Court   hereby   ORDERS   that   the   trial   of   this   lawsuit   will   occur

on _____*April 27*_____, 2009 at _____.

It is so ORDERED.

Signed on this the *23rd* day of January, 2009.

JUDGE PRESIDING

**APPROVED AND ENTRY REQUESTED:**

**HAYS, McCONN, RICE & PICKERING**

By: _____
     Michael S. Hays
     State Bar No. 09304500
     Michael M. Gallagher
     State Bar No. 24040941
     1233 West Loop South, Suite 1000
     Houston, Texas  77027
     Telephone: (713) 654-1111
     Facsimile: (713) 650-0027

**ATTORNEYS FOR PLAINTIFFS**
**BANDAS LAW FIRM, P.C. AND**
**MOULTON & MEYER, L.L.P.**

4

05905.1 / 1152685.1

Certified Document Number: 40876625 - Page 59 of 60

Certified Document Number: 40876625 - Page 60 of 60

**STATE OF TEXAS**
**COUNTY OF HARRIS**

I, Loren Jackson, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.

Witness my official hand and seal of office this 2-02-09



LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

_____ Deputy



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ September 02, 2009 _____

Certified Document Number: ____40876625__ (Total Pages 60)


LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**