

FILED
Loren Jackson
District Clerk

MAR 13 2009

Time: _____
Harris County Texas
_____ Deputy

CAUSE NO. 2009-01433

BANDAS LAW FIRM, P.C., AND      §      IN THE DISTRICT COURT
MOULTON & MEYER, L.L.P.         §
                               §
VS.                            §      113ᵗʰ JUDICIAL DISTRICT
                               §
RIGHT OF WAY MAINTENANCE       §
EQUIPMENT COMPANY D/B/A        §
ROWMEC                         §      HARRIS COUNTY, TEXAS

### ORDER GRANTING PLAINTIFF BANDAS LAW FIRM, P.C.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

CAME ON TO BE HEARD Plaintiff Bandas Law Firm, P.C.'s Motion for Partial Summary Judgment. The Court finds that proper notice of this motion was given to opposing counsel, in accordance with the Texas Rules of Civil Procedure. The Court further finds that Defendant Right of Way Maintenance Equipment Company d/b/a Rowmec did not file a response to Plaintiff Bandas Law Firm, P.C.'s Motion for Partial Summary Judgment. Having reviewed the motion, the summary judgment evidence attached to this motion, the pleadings on file herein, and the applicable law, the Court finds that said motion is meritorious and well-taken.

Accordingly, Plaintiff Bandas Law Firm, P.C.'s Motion for Partial Summary Judgment is hereby GRANTED. The Court hereby ORDERS Loren Jackson, the Harris County District Clerk, to release interpled funds totaling 45% of $3,600,000.00 ($1,620,000.00). The Court further ORDERS Mr. Jackson to release the above-referenced funds to Chris Bandas of Bandas Law Firm, P.C. and tender a check made payable to Chris Bandas of Bandas Law Firm, P.C. for 45% of $3,600,000.00 ($1,620,000.00). The Court further ORDERS Mr. Jackson to release the above-referenced funds to Chris Bandas of Bandas Law Firm, P.C. at any time after March 12, 2009. The above-referenced funds shall be released, as specified above, unless a further order from this Court is issued. The Court ORDERS counsel for Plaintiffs Bandas Law Firm, P.C. and Moulton & Meyer, L.L.P. to provide written notice of this order to Christopher R.

1

Certified Document Number: 41405807 - Page 1 of 2

Johnston, Lester R. Buzbee, III, Alexander C. Chae, Robert L. Lowe, Jr., and David J.

McTaggart, counsel for all other parties to this lawsuit, by 5:00 p.m. on March 9, 2009.

It is so ORDERED.

Signed on this the ___*13th*___ day of March, 2009.

JUDGE PRESIDING

**APPROVED AND ENTRY REQUESTED:**

**HAYS, McCONN, RICE & PICKERING**

By: _____
      Michael S. Hays
      State Bar No. 09304500
      Michael M. Gallagher
      State Bar No. 24040941
      1233 West Loop South, Suite 1000
      Houston, Texas  77027
      Telephone: (713) 654-1111
      Facsimile: (713) 650-0027

**ATTORNEYS FOR PLAINTIFFS**
**BANDAS LAW FIRM, P.C. AND**
**MOULTON & MEYER, L.L.P.**

05905.1 / 1164608.1

Certified Document Number: 41405807 - Page 2 of 2



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ September 02, 2009 _____

Certified Document Number: ___41405807__ (Total Pages 2)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**