

ENTERED
09/14/2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § § RIGHT OF WAY MAINTENANCE § EQUIPMENT COMPANY, § § DEBTOR. § § | § § § § § § § | CHAPTER 11<br><br>CASE NO. 09-35037 |
| RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY, § § PLAINTIFF, § § VS. § § CAMBRIDGE MANAGEMENT GROUP, LLC, BANDAS LAW FIRM, P.C., CHRISTOPHER A. BANDAS, ROBERT C. CURFISS, JACKSON WALKER, L.L.P., MOULTON & MEYER, L.L.P., JEFFREY D. MEYER, PATRICIA A. SHACKELFORD, P.C., AND PATRICIA A. SHACKELFORD, GYRO-TRAC, INC. AND GYRO-TRAC (USA), INC., § § DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § | ADVERSARY NO. 09-03303 |

## ORDER GRANTING JOINT EMERGENCY
## MOTION REQUESTING STATUS CONFERENCE,
## TO APPROVE MEDIATION AND RESET DEADLINES

RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY ("Plaintiff" or "ROWMEC"), BANDAS LAW FIRM, P.C. and CHRISTOPHER A. BANDAS ("Bandas"), MOULTON & MEYER, L.L.P. and JEFFREY D. MEYER ("Meyer") have filed a JOINT EMERGENCY MOTION REQUESTING STATUS CONFERENCE, TO APPROVE MEDIATION AND RESET DEADLINES. After considering said motion and finding that it is meritorious and should be granted, it is:

ORDERED that the parties' request to mediate this adversary proceeding on September 30, 2009, is granted. The Honorable William Greendyke is appointed as the mediator. The mediation fee of $6,000.00 shall be divided as follows: ½ to debtor / ½ among defendants. It is further

ORDERED that, to facilitate such mediation, the following hearings and deadlines are extended:

a. Gyro-Trac's Motion for Summary Judgment, Document No. 39 – response deadline extended to October 15, 2009.

b. Cambridge's Motion to Abate Pending Arbitration, Document No. 41 - response deadline extended to October 15, 2009.

c. Shackelford's Motion to Dismiss Certain of Plaintiff's Claims Under Rules 12(b)(6) and 9(b), Document No. 46 - response deadline extended to October 15, 2009.

d. Hearing on Cash Collateral Motion to be held on October 9, 2009 continued to October 23, 2009. Deadline for filing supplemental motions – 10 days before the reset hearing. Deadline for filing responses and briefs – close of business 5 days before the reset hearing. Exhibit and Witness Lists filed and served by hand delivery – close of business 4 days before the reset hearing.

It is further,

ORDERED that ROWMEC is authorized to pay its portion of the mediation fee out of cash on hand in its DIP account..

Signed this 14 day of September 2009.

HONORABLE KAREN K. BROWN,
UNITED STATES BANKRUPTCY JUDGE

9/17 - Status conference is cancelled.

2