

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ENTERED**
**09/24/2009**

| | | |
|---|---|---|
| IN RE: | § | |
| RIGHT OF WAY MAINTENANCE | § | CASE NO: 09-35037 |
| EQUIPMENT COMPANY; dba ROWMEC | § | |
| Debtor(s) | § | |
| | § | CHAPTER 11 |
| | § | |
| RIGHT OF WAY MAINTENANCE | § | |
| EQUIPMENT COMPANY | § | |
| Plaintiff(s) | § | |
| | § | |
| VS. | § | ADVERSARY NO. 09-3303 |
| | § | |
| CAMBRIDGE MANAGEMENT GROUP, | § | |
| LLC, *et al* | § | |
| Defendant(s) | § | |

## ORDER

The hearing set for October 19, 2009 on the Motion to Abate Pending Arbitration, docket entry #41, filed by counsel for Cambridge Management Group, LLC is **Cancelled**. Hearing is **reset** to October 23, 2009 at 09:30 a.m., in Courtroom #403, 515 Rusk St., Houston, Texas.

SIGNED 09/24/2009.

Karen K. Brown
United States Bankruptcy Judge